# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MALIK LANGHAM,**<br><br>  Plaintiff,<br><br>v.<br><br>**CALEB SCHWITTERS; SAN LEANDRO POLICE DEPARTMENT,**<br><br>  Defendants. | Case No.: 4:24-CV-09341-YGR<br><br>**ORDER TO SHOW CAUSE RE FAILURE TO PROSECUTE;**<br><br>**ORDER VACATING HEARING**<br><br>Re: Dkt. No. 10. |

**TO PLAINTIFF MALIK LANGHAM**:

On May 14, 2025, defendants Caleb Schwitters and the San Leandro Police Department filed a motion to dismiss this lawsuit. (Dkt. No. 10.) Under this Court's Civil Local Rule 7-3(a), plaintiff was required to file either a brief opposing the motion to dismiss this lawsuit, or a notice that plaintiff does not oppose dismissal by no later than May 28, 2025.[1] As of the date of this Order, plaintiff has not filed any response to the motion.

The Court hereby extends plaintiff's time to file an opposition. **Plaintiff Langham shall file an opposition to the Motion to Dismiss no later than July 1, 2025. Failure to file an opposition by that date will result in dismissal of this lawsuit for failure to prosecute.**

Defendant's reply to any opposition must be served and filed not more than 7 days after the opposition is served and filed. Civ. L.R. 7-3(c). Further, the hearing set for June 24, 2025 is **VACATED**. The Court will reset the hearing at a later date if appropriate.

The Court advises plaintiff that the District Court has produced a guide for self-represented/*pro se* litigants called *Representing Yourself in Federal Court: A Handbook for Pro Se*

---

[1] The Court's Civil Local Rules may be accessed for free at: http://cand.uscourts.gov/localrules/civil.

*Litigants*, which provides instructions on how to proceed at every stage of a case, including discovery, motions, and trial. It is available electronically online at www.cand.uscourts.gov/pro-se-litigants/ or in a paper copy, free of charge, from the Clerk's Office.

The Court also advises plaintiff that assistance is available through the Legal Help Center. Parties can make an appointment to speak with an attorney who can provide basic legal information and assistance. The Help Center does not see people on a "drop-in" basis, and will not be able to represent parties in their cases. There is no charge for this service. To make an appointment with the Legal Help Center, you may: (1) sign up in person on the appointment book outside the Legal Help Center offices at the San Francisco Courthouse (15th Floor, Room 2796) or Oakland Courthouse (Room 470S); (2) call 415-782-8982; or (3) email federalprobonoproject@sfbar.org. The Help Center's website is available at https://cand.uscourts.gov/legal-help.

**IT IS SO ORDERED.**

Dated: June 3, 2025

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**