**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **MALIK LANGHAM,**<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>**CALEB SCHWITTERS; SAN LEANDRO POLICE DEPARTMENT,**<br><br>　　　　Defendants. | Case No.: 4:24-CV-09341-YGR<br><br>**ORDER DISMISSING CASE FOR FAILURE TO PROSECUTE** |

On October 24, 2025, the Court issued an Order dismissing plaintiff's case and granting plaintiff leave to amend within 21 days. The Court warned plaintiff that "failure to amend will be deemed a concession that those counts cannot be amended and they will be dismissed with prejudice." (Dkt. No. 22.) Plaintiff did not amend his complaint by November 14, 2025 as required.

Pursuant to the Court's October 24, 2025 order, this case is **DISMISSED.** The clerk shall close the action.

**IT IS SO ORDERED.**

Dated: January 14, 2026

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**